SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

AMY J. NELSON (OKBN 19898)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537
    FAX: (831) 242-5198

Attorneys for Plaintiff

FILED
2007 NOV 30 A 11: 56
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

UNITED STATES OF AMERICA,               )  Criminal No.: CR 07 00757 RS
                                        )
    Plaintiff,                          )  VIOLATION: 43 CFR 8341.1 (c) - Off-Road
                                        )  Vehicle Operation in a Closed Area; 18 U.S.C.
    vs.                                 )  §13, assimilating California Vehicle Code
                                        )  §14601.1 (a) - Driving When Privilege
MICHAEL B. KELLER,                      )  Revoked or Suspended for Other Reasons
                                        )
    Defendant.                          )
                                        )

INFORMATION

The United States Attorney charges:

COUNT ONE: (43 CFR 8341.1 (c) - Off-Road Vehicle Operation in a Closed Area)

On or about April 28, 2007, at Clear Creek Management Area, in the County of San Benito, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

MICHAEL B. KELLER,

1

did unlawfully engage in the operation of an off-road vehicle within an area marked as "closed" to such activity, in violation Title 43 Code of Federal Regulations, Section 8341.1(c), an infraction.

COUNT TWO: (18 U.S.C. §13, assimilating California Vehicle Code §14601.1(a) - Driving When Privilege Revoked or Suspended for Other Reasons)

On or about April 28, 2007, at Clear Creek Management Area, in the County of San Benito, Northern District of California, the defendant,

MICHAEL B. KELLER,

did unlawfully drive a motor vehicle at a time when his driving privilege was suspended due to two prior unpaid violations, and when he had knowledge of said suspension, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 14601.1(a), a Class B misdemeanor.

DATED: 11/28/2007

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: _____)
SAUSA Nelson

2

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

**OFFENSE CHARGED**
(See attached sheet.)

FILED
2007 NOV 30  A 11: 56
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation (See attached sheet.)

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

CR 07 00757 RS

DEFENDANT -- U.S. vs.
Michael B. Keller

Address: 130 W. Beverly Place, Tracy, CA 95376

Birth Date: 2/6/1982

☑ Male  ☐ Female  ☐ Alien (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Scott N. Schools

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Amy J. Nelson, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District) Bureau of Land Management, Hollister, CA Office

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. ___ Day ___ Year ___

DATE OF ARREST: ___

Or ... if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY: Mo. ___ Day ___ Year ___

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS: Summons for Arraignment

To appear before Judge Seeborg on 4 February, 2008 at 9:30 a.m.
U.S. District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

# ATTACHMENT TO PENALTY SHEET
## U.S. v. KELLER

**COUNT ONE:** 43 CFR 8341.1 (c) - Off-Road Vehicle Operation in a Closed Area

    Penalties:    Maximum Penalties:
                          $150 fine

**COUNT TWO:** 18 U.S.C., Section 13, assimilating CVC Section 14601.1 (a) - Driving with a Suspended License suspended for failure to pay two prior fines

    Penalties:    Mandatory Minimum:
                        $300.00 fine
                  Maximum Penalties:
                      6 Months imprisonment
                      $1000.00 fine