JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-4537
    robert.n.michaels@us.army.mil

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 07 00757 RS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION FOR BENCH WARRANT |
| MICHAEL B. KELLER, | ) | |
| Defendant. | ) | |

    The Government hereby requests that a bench warrant be issued for the above named defendant.

    Service of process on the above named defendant was attempted by certified mail on December 7, 2007 at the address of 130 W. Beverly Place, Tracy, California and was returned unserved due to a bad address.  One 30 January 2008, Deputy Don Harris of the US Marshall's office, Northern District of California, informed the Government that personal service was not effected due to an incorrect address for the defendant. A subsequent attempt to determine the

1  defendant's address was made by Ranger Graig Butler of the Bureau of Land Management,
2  however no address was located.
3      The Government makes this request based on the charge specified in the Information
4  filed with the Court on November 30, 2007, which was a violation of Title 43 Code of Federal
5  Regulations, Section 8341.1(c) and Title 18, United States Code, Section 13 assimilating
6  California Vehicle code Section 14601.1(a).

                          JOSEPH P. RUSSONIELLO
                          United States Attorney

                          _____/s/_____
                          ROBERT N. MICHAELS
                          Special Assistant United States Attorney

Motion for Bench Warrant
CR 07 00757 RS