1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
         Defense Language Institute – Criminal Law
6        1336 Plummer Street, Building 275
         Monterey, CA  93944
7        Telephone: (831) 242-4537
         FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                SALINAS DIVISION

13  UNITED STATES OF AMERICA,        )      No.  CR 07 00757 RS
                                     )
14           Plaintiff,               )
                                     )      UNITED STATES' MOTION TO
15      vs.                           )      DISMISS CASE AND [PROPOSED]
                                     )      ORDER GRANTING MOTION TO
16  MICHAEL B. KELLER,                )      DISMISS CASE.
                                     )
17           Defendant.               )
    _____ )
18

19                    UNITED STATES' MOTION TO DISMISS CASE

20      The United States respectfully moves that the above-captioned case be dismissed in the interests

21  of justice. The United States has exhausted all attempts to locate the defendant for service.

22
                                            JOSEPH P. RUSSONIELLO
23                                          United States Attorney

24

25                                          _____/S/_____
                                            ROBERT N. MICHAELS
26                                          Special Assistant United States Attorney

                                              1
UNITED STATES' MOTION TO DISMISS CASE AND
[PROPOSED] ORDER GRANTING MOTION TO DISMISS CASE

1                 ORDER GRANTING MOTION TO DISMISS CASE.

2   Based on the United States' motion and good cause appearing,

3   IT IS HEREBY ORDERED that the above captioned case be dismissed.

5   Dated: _____2008        _____

                                                            RICHARD SEEBORG
6                                                            United States Magistrate Judge