JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537
    FAX: (831) 242-5198

Attorneys for Plaintiff

FILED
APR 28 2008
CLERK
NORTHERN D...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL B. KELLER, )<br>)<br>Defendant. )<br>) | No. CR 07 00757 RS<br><br>UNITED STATES' MOTION TO DISMISS CASE AND [PROPOSED] ORDER GRANTING MOTION TO DISMISS CASE. |

UNITED STATES' MOTION TO DISMISS CASE

    The United States respectfully moves that the above-captioned case be dismissed in the interests of justice. The United States has exhausted all attempts to locate the defendant for service.

                             JOSEPH P. RUSSONIELLO
                             United States Attorney

                             /s/ Robert N. Michaels
                             ROBERT N. MICHAELS
                             Special Assistant United States Attorney

1

UNITED STATES' MOTION TO DISMISS CASE AND
[PROPOSED] ORDER GRANTING MOTION TO DISMISS CASE

ORDER GRANTING MOTION TO DISMISS CASE.

Based on the United States' motion and good cause appearing,

IT IS HEREBY ORDERED that the above captioned case be dismissed.

Dated: 4-28-2008

RICHARD SEEBORG
United States Magistrate Judge

2